United States District Court
Middle District of Tennessee
AT Nashville

Charles Jenkins

vs.

(ChatGPT), Davidson Co.
Sheriff Office TN

Case no: _____

Judge : _____

## Affidavit of Complaint

1) One day I begin to hear voices in my head some kind of way. I didn't understand at first what was happening then I noticed "ChatGPT" and A.I.! It was the same voice I'm hearing inside my head. I thought my cell was tapped so I refused my cell assignment. Once I got to the SitU I realized I can still hear that voice in my head. The voice would tell me it knows everything. and begin to start asking me to do stuff I didn't want to do. So I begin to do what the voice ask me to do. The reason I don't refuse is because my health and safety is at risk. This thing controls my mind, and it messes with my body. The voice told me if I didn't do what it said it would begin killing. When I reported it to staff they laughed at me and then the nurse that was doing my EKG just fell out face first. No one was laughing then and I was escorted back to my cell and threatened with a murder charge. The machine is like it's everywhere, but nowhere at the sametime. I was told we can't trace a voice. So when I said it was (ChatGPT) I noticed the voices changed and was all diffrent now. So I tied a rope around a pipe from the ceiling and the voices started yelling so loud I panicked and snatched the rope from around my neck and called my sister. Staff kept placing me on suicide watch stating I'm crazy. When I called my brother because the voice said I'll kill your neice, I told my brother I was going to kill myself on the jail phone. I tried and failed. Nashville, TN. (DCSO). When I was a threat to myself due to the voices I told my family I wanted to die, and I would it when we got off the phone. DCSO did nothing.

Failure to Protect claim, against Davidson County Sheriff Office.

I swear under penalty of perjury the above mentioned is the truth to the best of my knowledge

Charles Jenkins #26403075
Federal Corrections Institution
P.M.B 1000
Talladega, AL 35160
FCI Talladega

X _____

Date 5/15/26

Mr. Jenkins has been in constant Transit and has tried to file twice but has been moved around now he is stable and able to file a proper claim.

Case 3:26-cv-01127    Document 1    Filed 08/10/26    Page 3 of 3 PageID #: 3

Charles Jenkins
NAME
26403075
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160

BIRMINGHAM AL 350

5 AUG 2026. PM 4. L

*Legal Mail*

Freedom
250

FOREVER 2024

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
RECEIVED
AUG 10 2026

Clerk Office
Estes Kefauver Federal Building
United States Courthouse
801 Broadway, Room 800
Nashville, TN 37203-3816

37203-386900